# EXHIBIT D



CAPELL & HOWARD P.C.
ATTORNEYS AT LAW

CHRISTOPHER W. WELLER
334 241 8066 DIRECT
cww@chlaw.com

October 24, 2005

**Via Certified Mail, Return Receipt Requested**

Ms. April Holton
Holton Insurance Agency
500 Hackel Drive
Montgomery, Alabama 36024

Re:   *GuideOne Insurance* – Ms. Kathleen Hopkins

Dear Ms. Hopkins:

    I represent GuideOne Insurance Company. It recently has come to GuideOne's attention that its former agent, Ms. Kathleen Hopkins, may have entered into a business relationship with you to sell property, casualty or life insurance. Please be advised that Ms. Hopkins is bound by the terms of her GuideOne agent contract. Among other things, Ms. Hopkins' agent contract prohibits her from selling property, casualty and life insurance within a 25 mile radius of the city limits of Montgomery, Alabama for a period of one year or from assisting other persons or organizations in doing the same.

    For your convenience, I have enclosed a copy of the specific provisions of Ms. Hopkins' agent contract. I strongly urge you to review these provisions with your attorney. GuideOne's position is that Ms. Hopkins cannot do through another party what she promised not to do herself.

Sincerely,

Christopher W. Weller

CWW/ag
Enclosure
Cc:   Ann Michelson, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X April Holton  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>April Holton  10-25-0? |
| 1. Article Addressed to:<br>Ms. April Holton<br>Holton Ins. Agency<br>500 Hackel Drive<br>Montgomery, AL. 36024 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 0600 0027 9309 8106 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15 | |

UNITED STATES POSTAL SERVICE

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Capell & Howard, P.C.
ATTN: Chris Weller, Esq.
P.O. Box 2069
Montgomery, AL 36102-2069