**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

2005 NOV -4 P 3:02

| | |
|---|---|
| **GUIDEONE MUTUAL COMPANY,** | ) |
| **GUIDEONE SPECIALTY MUTUAL** | ) |
| **COMPANY, and GUIDEONE** | ) |
| **ELITE INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: CV-** 2:05cv1070·F |
| | ) |
| **KATHLEEN HOPKINS and** | ) |
| **APRIL HOLTON,** | ) |
| | ) |
| **Defendants.** | ) |

### EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR
### TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED HEARING

Plaintiffs, GuideOne Mutual Company, GuideOne Specialty Mutual Company, and

GuideOne Elite Insurance Company (hereinafter, collectively, "GuideOne" or the "Company"),

submit the following exhibits in support of its Motion for Temporary Restraining Order and for

Expedited Hearing, filed contemporaneously herewith.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | GuideOne Career Agent Contract |
| B | September 16, 2005 Termination Letter |
| C | October 24, 2005 Cease & Desist Letter to Kathleen Hopkins |
| D | October 24, 2005 Letter to April Holton |
| E | Affidavit of GuideOne Sales Director Dennis Basden |
| F | Attorney Affidavit of Christopher W. Weller |

Respectfully submitted this 4th day of November, 2005.

1

Christopher W. Weller (WEL020)
Terrie S. Biggs (BIG006)
Attorney for Plaintiffs GuideOne Mutual Company,
GuideOne Specialty Mutual Company, and
GuideOne Elite Insurance Company

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
(334) 241-8066
(334) 241-8266  Fax

## CERTIFICATE OF SERVICE

I have served a copy of this upon the following by first-class United States mail, postage prepaid and properly addressed, on the 4th day of November, 2005.

Ms. April Holton
Holton Insurance Agency
500 Hackel Drive
Montgomery, Alabama 36024

Ms. Kathleen Hopkins
14595 Old Central Plank Road
Montgomery, Alabama 36024-5399

Of Counsel

2