AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

GUIDEONE MUTUAL COMPANY,
GUIDEONE SPECIALTY MUTUAL COMPANY; AND
GUIDEONE ELITE INSURANCE COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

KATHLEEN HOPKINS and
APRIL HOLTON

CASE NUMBER: 2:05cv1070-F

TO: (Name and address of Defendant)

KATHLEEN HOPKINS
14595 OLD CENTRAL PLANK ROAD
MONTGOMERY, AL 36024-5399

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER W. WELLER, ESQ.
TERRIE S. BIGGS, ESQ.
CAPELL & HOWARD, P.C.
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                    11/4/05

CLERK                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

GUIDEONE MUTUAL COMPANY,
GUIDEONE SPECIALTY MUTUAL COMPANY, AND
GUIDEONE ELITE INSURANCE COMPANY

V.

KATHLEEN HOPKINS and
APRIL HOLTON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1070-F

TO: (Name and address of Defendant)

APRIL HOLTON
HOLTON INSURANCE AGENCY
500 HACKEL DRIVE
MONTGOMERY, AL 36024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER W. WELLER, ESQ.
TERRIE S. BIGGS, ESQ.
CAPELL & HOWARD, P.C.
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 11/4/05