AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11-7-05 |
| NAME OF SERVER *(PRINT)* BEN ROBINSON | TITLE COURIER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 500 HACKEL DR 36117

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-7-05
             *Date*

*Signature of Server* Ben Robinson

150 S PERRY ST MONTGOMERY 36104
*Address of Server*

RETURNED AND FILED

NOV - 8 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

GUIDEONE MUTUAL COMPANY,
GUIDEONE SPECIALTY MUTUAL COMPANY, AND
GUIDEONE ELITE INSURANCE COMPANY

V.

KATHLEEN HOPKINS and
APRIL HOLTON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1070-F

TO: (Name and address of Defendant)

APRIL HOLTON
HOLTON INSURANCE AGENCY
500 HACKEL DRIVE
MONTGOMERY, AL 36024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER W. WELLER, ESQ.
TERRIE S. BIGGS, ESQ.
CAPELL & HOWARD, P.C.
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE   11/4/05