AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11-8-05 |
| NAME OF SERVER (PRINT) Laura Jones | TITLE | Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tim Ashworth

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-8-05
                Date                Signature of Server: Laura M Jones

Address of Server: 150 South Perry
Montgomery, AL

RETURNED AND FILED

NOV - 9 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

GUIDEONE MUTUAL COMPANY,
GUIDEONE SPECIALTY MUTUAL COMPANY~~,~~ AND
GUIDEONE ELITE INSURANCE COMPANY

V.

KATHLEEN HOPKINS and
APRIL HOLTON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cr 1070 - F

TO: (Name and address of Defendant)

KATHLEEN HOPKINS
14595 OLD CENTRAL PLANK ROAD
MONTGOMERY, AL 36024-5399

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER W. WELLER, ESQ.
TERRIE S. BIGGS, ESQ.
CAPELL & HOWARD, P.C.
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                  11/4/05

CLERK                                             DATE

(By) DEPUTY CLERK