UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In Re:<br><br>GUIDEONE MUTUAL COMPANY<br>GUIDEONE SPECIALTY MUTUAL<br>COMPANY, AND GUIDEONE<br>ELITE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>V.<br><br>KATHLEEN HOPKINS and<br>APRIL HOLTON<br>Defendants, | Case No. 05-1070-F |

## NOTICE OF APPEARANCE

Now comes Defendant, KATHLEEN HOPKINS, by and through counsel, who respectfully moves the Court to enter a NOTICE OF APPERANCE in the above styled case, for Counsel:

1. Alan L. Jackson, P.O. Box 21, 1108-D, Blount Ave., Guntersville, AL 35976.

WHEREFORE, PREMISES CONSIDERED, Counsel requests this Honorable Court to enter Counsel, Alan L. Jackson for Defendant, KATHLEEN HOPKINS.

Respectfully submitted,

Alan L. Jackson,
Attorney for Defendant
Bar # JAC086

P.O. Box 21, 1108-D Blount Ave
Guntersville, AL  35976
(256) 571-9016

Certificate of Service

The undersigned certifies that a copy of the foregoing was served upon Attorney Christopher W. Weller, Post Office Box-2069, Montgomery, AL 36102-2069 this 13th, day of November, 2005.

Alan L. Jackson
Bar # JAC066
Attorney for Defendant
P.O. Box 21, 1108-D Blount Ave.
Guntersville, AL  35976
(256) 571-9016