**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GUIDEONE MUTUAL COMPANY,** ) | |
| **GUIDEONE SPECIALTY MUTUAL** ) | |
| **COMPANY, and GUIDEONE** ) | |
| **ELITE INSURANCE COMPANY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: CV-05-1070-F** |
| ) | |
| **KATHLEEN HOPKINS and** ) | |
| **APRIL HOLTON,** ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR CONTINUANCE OF PRELIMINARY INJUNCTION**

Plaintiffs GuideOne Mutual Company, GuideOne Specialty Mutual Company, and GuideOne Elite Insurance Company (hereinafter, collectively, "GuideOne" or the "Company"), and Defendants Kathleen Hopkins and April Holton respectfully move the Court for a 14-day continuance of the preliminary injunction hearing currently scheduled for hearing on Wednesday, November 16, 2005 at 1:00 p.m.

As ground for this motion, the undersigned counsel state that they currently are negotiating a settlement to this dispute and anticipate filing a motion to implement that settlement within the next 14 days. Neither party objects to a continuation of the temporary restraining order (Doc. no. 4) currently in place until the settlement is approved by the Court or until the Court otherwise acts on Plaintiffs' preliminary injunction request.

**WHEREFORE, PREMISES CONSIDERED**, the parties respectfully request that the Court continue the preliminary injunction hearing currently scheduled to be heard on Wednesday, November 16, 2005 at 1:00 p.m. for a period of 14-days.

1

                                                s/Christopher W. Weller_____
                                                CHRISTOPHER W. WELLER, ESQ. (WEL020)
                                                ATTORNEY FOR PLAINTIFF VILLAGE LAWNS, INC.

OF COUNSEL:
Capell & Howard, P. C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8066

                                                s/Alan L. Jackson_____
                                                ALAN L. JACKSON, ESQ. (JAC086)
                                                ATTORNEY FOR DEFENDANTS KATHLEEN HOPKINS AND APRIL HOLTON

P.O. Box 21
Guntersville, Al 35976