IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUIDEONE MUTUAL COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-1070-F ) |
| KATHLEEN HOPKINS, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Continuance of Preliminary Injunction (Doc. #10) filed on November 14, 2005, it is hereby

ORDERED that the motion is GRANTED. The hearing set for November 16, 2005 is continued to December 14, 2005 at 1:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 15th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE