**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| GUIDEONE MUTUAL COMPANY, ) | |
| GUIDEONE SPECIALTY MUTUAL ) | |
| COMPANY, and GUIDEONE ) | |
| ELITE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV-05-1070-F |
| ) | |
| KATHLEEN HOPKINS and ) | |
| APRIL HOLTON, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION OF PLAINTIFFS AND**
**DEFENDANTS TO ENTER CONSENT ORDER**

**WHEREAS,** Plaintiffs GuideOne Mutual Company, GuideOne Specialty Mutual Company, and GuideOne Elite Insurance Company (hereinafter, collectively, "GuideOne" or the "Company"), and Defendants Kathleen Hopkins and April Holton have entered into an agreement to settle the claims of GuideOne, which agreement includes a provision that the parties will jointly move for this Court to enter the attached Order.

**NOW, THEREFORE**, the parties hereinabove referenced jointly move this Court to enter the proposed Order attached hereto.

        s/Christopher W. Weller
        CHRISTOPHER W. WELLER, ESQ. (WEL020)
        ATTORNEY FOR PLAINTIFF VILLAGE LAWNS, INC.

OF COUNSEL:
Capell & Howard, P. C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8066

        s/Alan L. Jackson
        ALAN L. JACKSON, ESQ. (JAC086)
        ATTORNEY FOR DEFENDANTS KATHLEEN HOPKINS
        AND APRIL HOLTON

P.O. Box 21
Guntersville, Al 35976