IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUIDEONE MUTUAL COMPANY, | ) | |
| GUIDEONE SPECIALTY MUTUAL | ) | |
| COMPANY, and GUIDEONE | ) | |
| ELITE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: CV-05-1070-F |
| | ) | |
| KATHLEEN HOPKINS and | ) | |
| APRIL HOLTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Joint Motion of Plaintiffs GuideOne Mutual Company, GuideOne Specialty Mutual Company, and GuideOne Elite Insurance Company (hereinafter, collectively, "GuideOne" or the "Company") and Defendants Kathleen Hopkins and April Holton to Enter Consent Order (Doc. #12), filed on November 21, 2005, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1.      Defendant Kathleen Hopkins is prohibited and enjoined for a period of one year from the date of the termination of her GuideOne Agent Contract, i.e., October 31, 2005, either directly or indirectly, for herself or on behalf of, or in conjunction with, any other person(s), company, partnership, corporation or business of whatever nature, from engaging in the business of selling property, casualty and life insurance within a 25 mile radius of the city limits of her former Montgomery, Alabama GuideOne office.

2.     Defendant Kathleen Hopkins is further prohibited and enjoined for a period of one year from the date of the termination of her GuideOne Agent Contract, i.e., October 31, 2005, either directly or indirectly, for herself or on behalf of, or in conjunction with, any other person(s), company, partnership, corporation or business of whatever nature, (1) from inducing or advising any policyholder of GuideOne to lapse, surrender or cancel any coverage GuideOne, or (2) soliciting any such policyholder to purchase or accept any offer of such policyholder to purchase any insurance coverages of the type sold by GuideOne. This prohibition includes any contact that is initiated by GuideOne customers.

3.     This Court further orders Defendants to destroy all copies of all versions of confidential and/or proprietary GuideOne documents, materials and programs (whether hard copies and/or electronically stored documents) within their possession or otherwise under their control, including, without limitation, the following materials:

GuideOne policyholder files or policyholder files of any GuideOne captive company;

GuideOne signs, brochures, underwriting and rating manuals or guidelines, policy procedural manuals, applications, policy forms; and

Any software or any other confidential information, trade secrets or property provided by GuideOne to Defendant Kathleen Hopkins other than the office furniture identified in the parties' Settlement Agreement.

4.     Defendant Hopkins is further permanently prohibited and enjoined from disclosing any of GuideOne's confidential information, proprietary information or trade secrets, to any third party, person, firm, partnership, corporation or business for any reason

or purpose whatsoever, including without limitation, the materials identified in Paragraph 3 above.

5.     Defendant Hopkins is further permanently prohibited and enjoined from using the GuideOne business telephone and facsimile numbers formerly used by her to facilitate business on behalf of GuideOne, to wit:  (334) 272-0957 and (334) 271-5873.

It is further ORDERED that the hearing set for December 14, 2005 is CANCELLED.

DONE this 9th day of December, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE