IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUIDEONE MUTUAL COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-1070-F |
| KATHLEEN HOPKINS, *et al.*, | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

Judgment be and is hereby entered in accordance with the Court's Order of December 9, 2005 (Doc. #13).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE